UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERLENA SEXTON-WALKER,

        Plaintiff,

vs.

CUNA MUTUAL INSURANCE GROUP,

        Defendant.
_____/

Case No. 10-15146

HON. GEORGE CARAM STEEH

ORDER ACCEPTING REPORT AND RECOMMENDATION (#50),
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (#29),
AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (#33)

    Plaintiff Verlena Sexton-Walker, acting *pro se*, filed this diversity action for breach of an insurance contract.  The parties filed cross-motions for summary judgment and the motions were referred to Magistrate Judge Michael Hluchaniuk.  On July 20, 2012, Magistrate Judge Hluchaniuk issued a Report and Recommendation on the motions for summary judgment.  In his Report, Magistrate Judge Hluchaniuk recommends defendant's motion for summary judgment be granted and plaintiff's motion for summary judgment be denied.  Plaintiff has not filed objections to the Report and Recommendation, and the deadline for doing so has passed.  The Court has reviewed the Report and Recommendation, and in the absence of timely objection,

    The Court hereby ADOPTS Magistrate Judge Hluchaniuk's July 20, 2012 Report and Recommendation, GRANTS defendant's motion for summary judgment, and DENIES plaintiff's motion for summary judgment.

SO ORDERED.

Dated: August 15, 2012

                                               s/George Caram Steeh
                                               GEORGE CARAM STEEH
                                               UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 15, 2012, by electronic and/or ordinary mail and also to Verlena Sexton-Walker at 6354 Majestic, Detroit, MI 48210.

s/Carol Cohron
Deputy Clerk

---